THE CITY NATIONAL BANK OF HACKENSACK, NEW JERSEY, respondent,

*v.*

ANTONETTA DI NAPOLI, appellant.

[Decided May 20th, 1929.]

*Messrs. Hart & Venderwart,* for the respondent.

*Messrs. Wright, Vander Burgh & McCarty,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis, and reported in *101 N. J. Eq. 392.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, KALISCH, BLACK, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 13.

*For reversal*—None.